```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 10299
   RICKY PHONGMANY
   NINA PHONGMANY                              CHAPTER 13

                                               JUDGE: MANUEL BARBOSA

            Debtor
   SSN XXX-XX-3312     SSN XXX-XX-3507

----------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 06/08/07 and confirmed on 12/06/07.

   2.  The case was dismissed after confirmation, 02/07/2008.

   3.  The Debtor paid a total of $   4000.00 .

   4.  The Trustee made disbursements to creditors as follows:

----------------------------------------------------------------------
CREDITOR NAME            CLASS             CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                            PAID            PAID
----------------------------------------------------------------------
HOME LOAN SERVICES INC   CURRENT MORTG            .00           .00             .00
HOME LOAN SERVICES INC   MORTGAGE ARRE       23617.97           .00         3288.78
REAL TIME RESOLUTIONS    SECURED                  .00           .00             .00
AMERICAN COLLECTION      UNSECURED          NOT FILED           .00             .00
CACH LLC                 UNSECURED          NOT FILED           .00             .00
PORTFOLIO RECOVERY ASSOC UNSECURED             775.80           .00             .00
CACH LLC                 UNSECURED          NOT FILED           .00             .00
CAPITAL ONE BANK         UNSECURED          NOT FILED           .00             .00
CAPITAL ONE BANK         UNSECURED            1313.90           .00             .00
CAPITAL ONE BANK         UNSECURED            1033.78           .00             .00
CHASE AUTO FINANCE       UNSECURED          NOT FILED           .00             .00
CORPORATE AMERICA FEDERA UNSECURED          NOT FILED           .00             .00
CORPORATE AMERICA FEDERA UNSECURED             505.59           .00             .00
CREDIT MANAGEMENT INC    UNSECURED          NOT FILED           .00             .00
PORTFOLIO RECOVERY ASSOC UNSECURED             782.41           .00             .00
PORTFOLIO RECOVERY ASSOC UNSECURED             653.79           .00             .00
CREDITORS COLLECTION     UNSECURED          NOT FILED           .00             .00
EXPRESS                  UNSECURED          NOT FILED           .00             .00
FRIEDMAN & WEXLER        UNSECURED          NOT FILED           .00             .00
CEMB                     UNSECURED          NOT FILED           .00             .00
----------------------------------------------------------------------
CREDITOR NAME            CLASS             CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                            PAID            PAID
----------------------------------------------------------------------
HSBC                     UNSECURED          NOT FILED           .00             .00
ECAST SETTLEMENT CORPORA UNSECURED             599.00           .00             .00
HSBC                     UNSECURED          NOT FILED           .00             .00
MEDICREDIT CORP          UNSECURED          NOT FILED           .00             .00
NCO FINANCIAL SYSTEMS    UNSECURED          NOT FILED           .00             .00
NICOR GAS                UNSECURED          NOT FILED           .00             .00
PROVIDIAN                UNSECURED            4187.32           .00             .00
```

```
RESURGENCE FINANCIAL       UNSECURED      4452.38              .00              .00
UNIFUND CORP OH            UNSECURED     NOT FILED             .00              .00
REAL TIME RESOLUTIONS      MORTGAGE ARRE  3814.85              .00           531.22
WORLD FINANCIAL NETWORK    FILED LATE         .00              .00              .00
     Summary of disbursements:
------------------------------------------------------------------------------------
                     SECURED     PRIORITY    UNSECURED      OTHER         TOTAL
------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   27432.82         .00     14303.97        .00      41736.79
PRINCIPAL PAID        3820.00         .00          .00        .00       3820.00
INTEREST PAID             .00         .00          .00        .00            .00
TOTAL PAID            3820.00         .00          .00        .00       3820.00
```

The Debtor's attorney, DEVONA & ASSOC            , was allowed $       .00
and was paid $       .00 .

The Trustee received $     180.00 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 05/20/08                   /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 07 B 10299 RICKY PHONGMANY & NINA PHONGMANY